UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| HALLIE MARTENSON, | : BANKRUPTCY NO. 22-11840-mdc |
| Debtor | : |
| | : CHAPTER 13 |
| | : |
| | : L.B.R. 9014-3 |
| PENNSYLVANIA HOUSING FINANCE AGENCY | : |
| Movant | : HEARING:   **JUNE 20, 2023** |
| | :                       **AT 10:30 A.M.** |
| vs. | :                       **Telephonic hearing** |
| | : |
| HALLIE MARTENSON and | : |
| KENNETH E. WEST, Trustee | : |
| Respondents | : |

### NOTICE OF MOTION/RESPONSE DEADLINE AND HEARING DATE

PENNSYLVANIA HOUSING FINANCE AGENCY has filed the Motion of Pennsylvania Housing Finance Agency for Relief From the Automatic Stay to Permit Pennsylvania Housing Finance Agency to Foreclose on 606 Fernon Street, Philadelphia, PA 19148.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have any attorney, you may wish to consult an attorney).

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before **June 16, 2023**, you or your attorney must do **ALL** of the following:

    (a)    file an Answer explaining your position at:

Clerk
U. S. Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA  19107

If you mail your Answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the Movant's attorney:

> Leon P. Haller, Esquire
> Purcell, Krug & Haller
> 1719 North Front Street
> Harrisburg, PA 17102-2392
>
> Telephone No. (717)234-4178
> Fax No.   (717)233-1149

2.    If you or your attorney do not take the steps described in Paragraphs 1(a) and (b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.    A **telephonic hearing** on the Motion is scheduled to be held before The Honorable Magdeline D. Coleman on **JUNE 20, 2023 at 10:30 A.M.**

4.    If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in Paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's Office at (215)408-2819 to find out whether the hearing has been cancelled because no one filed an Answer.

                            PURCELL, KRUG & HALLER

                            By:/s/Leon P. Haller
                              Leon P. Haller
                              1719 North Front Street
                              Harrisburg, PA 17102-2392
                              (717)234-4178
                              Attorney ID #15700
                              Attorney for Movant
Dated: May 30, 2023                lhaller@pkh.com